IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 21  PM 5: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | | |
| vs. | ) | CR. NO. 05-20113-B |
| CHANDRA NETTERS LOFTON TAYLOR, | | |
| Defendant. | ) | |

ORDER ON MOTION TO WAIVE PRESENCE

Before the Court is the Motion To Waive Presence filed by Chandra Netters Lofton Taylor, Defendant, through her counsel, on June 21, 2005, asking the Court to waive the presence of the Defendant at the status report hearing set for June 23, 2005; based upon the allegation of the Defendant that she is presently enrolled in an in-patient treatment program at a facility in Memphis, and that it would be better for her to remain within the confines of the treatment facility at this time, and based upon the record in this cause as a whole, the Court is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THE COURT:

1. That the presence of Chandra Netters Lofton Taylor at the status report hearing on June 23, 2005, shall be and hereby is waived and excused.

HONORABLE J. DANIEL BREEN, JUDGE
UNITED STATES DISTRICT COURT
DATE: June 21, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-22-05

(51)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:05-CR-20113 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable J. Breen
US DISTRICT COURT